UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 08-50033-AWB |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER GRANTING FOURTH MOTION TO CONTINUE** |
| ANGELO PEREZ, | ) ) | |
| Defendant. | ) | |

Defendant moves for a 30-day continuance in the above-captioned case. Docket 94. Defense counsel states that his expert needs more time to review discovery from the Government. The Government does not oppose this motion. The Court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the Defendant in a speedy trial. Based on the foregoing, it is therefore

ORDERED that Defendant's motion is granted. The following deadlines shall apply:

| | |
|---|---|
| Suppression/voluntariness motions | January 27, 2009 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | January 27, 2009 |
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, shall be held before February 10, 2009 |
| Applications for Writ of Habeas Corpus Ad Testificandum | February 17, 2009 |
| Other motions | February 24, 2009 |
| Responses to motions due | Within five days after motion is filed |

| Subpoenas for trial | February 24, 2009 |
| --- | --- |
| Plea agreement or petition to plead and statement of factual basis | February 24, 2009 |
| Notify court of status of case | February 24, 2009 |
| Motions in limine | March 3, 2009 |
| Proposed jury instructions due | March 3, 2009 |
| Jury trial | Tuesday, March 10, 2009, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(8)(A).

All other provisions of the court's standing order remain in effect unless specifically changed herein.

Dated January 13, 2008.

BY THE COURT:

/s/ Andrew W. Bogue
ANDREW W. BOGUE
SENIOR DISTRICT JUDGE